AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>FRANKLIN BARRETT SECHRIEST<br><br>*Defendant* | )<br>)<br>)   Case No.   1:21-mj-935-ML<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FRANKLIN BARRETT SECHRIEST,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Arson, in violation of 18 U.S.C. § 844(i).

Date: 11/12/2021

*Issuing officer's signature*

City and state:   Austin, Texas      MARK LANE, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-12-2021, and the person was arrested on *(date)* 11-12-2021
at *(city and state)* Austin, TX.

Date: 11-12-2021

*Arresting officer's signature*

Thomas P. Jay Jr.  SA FBI
*Printed name and title*