# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br><br>VS<br><br>FRANKLIN BARRETT SECHRIEST,<br>*Defendant* | §<br>§<br>§<br>§   Case No.  A-21-MJ-00935-ML<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Defendant's Motion to Substitute Counsel, Dkt. 27. The Motion states that the substitution is being made with the consent of the client. Based on that representation, the Court will permit the withdrawal of Rick Cofer and appoint new counsel.

IT IS THEREFORE ORDERED that the Motion, Dkt. 27, is GRANTED. Mr. Cofer is permitted to WITHDRAW as counsel for Defendant, and Daniel Wannamaker, 1306 Guadalupe St., Austin, TX 78701, 512-236-9929, is appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Cofer meet with Mr. Wannamaker at the earliest opportunity to give Mr. Wannamaker a copy of the file and bring him up to date with regard to the representation of Defendant. Thereafter, Mr. Cofer has no further responsibilities in this case.

SIGNED December 27, 2021.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE