# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO: AU:21-M -00935(1) |
| (1) Franklin Barrett Sechriest | § | |

## EXHIBIT LIST for MOTION HEARING held on February 9, 2022

| Exhibit | Description | Date Admitted |
|---|---|---|
| Govt 6 | E-mails dated February 8, 2022 | 2/9/2022 |