# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO:   AU:21-M -00935(1) |
| (1) Franklin Barrett Sechriest | § | |

### EXHIBIT LIST for STATUS HEARING RE: MOTION held on February 11, 2022

| Exhibit | Description | Date Admitted |
|---|---|---|
| Court 1 | SEALED Note written by Defendant | 2/11/2022 |