UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| USA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO: AU:21-M-00935(1) |
| | § | |
| (1) Franklin Barrett Sechriest | § | |

**ORDER SETTING STATUS CONFERENCE BY ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE BY ZOOM at Friday, February 25, 2022 at 10:00 AM. Connection instructions will be e-mailed to counsel of record in advance of the hearing.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **24th day of February, 2022.**

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE